# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-2119
Lower Tribunal No. 11-13229
_____

**Arthur Debose,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Marlon J. Weiss, Assistant Attorney General, for appellee.

Before ROTHENBERG, EMAS, and SCALES, JJ.

ROTHENBERG, J.

The defendant, Arthur Debose, appeals his convictions for second degree

murder with a firearm and unlawful possession of a firearm while engaged in a criminal offense. The sole issue the defendant raises on appeal is that he was denied effective assistance of trial counsel. As the claimed ineffectiveness is not apparent on the face of the record, we affirm without prejudice to the defendant to file a timely postconviction motion pursuant to Florida Rule of Criminal Procedure 3.850. See Kidd v. State, 978 So. 2d 868, 868-69 (Fla. 4th DCA 2008); Desire v. State, 928 So. 2d 1256, 1257 (Fla. 3d DCA 2006).

Affirmed.